UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT EARL KING, III | CIVIL ACTION |
| VERSUS | NO. 25-963 |
| CHILDREN'S HOSPITAL HOUSTON TX, *et al.* | SECTION: M (1) |

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 7), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that plaintiff's claims are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 30th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE